# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

**UNITED STATES**

JUDGE: THOMAS RAWLES JONES, JR.
CASE NO.: 11cr494
HEARING: DH
DATE: 10/18/11
TIME: 1:00pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

vs.

**Mohamad Anas Haitham Soueid**

**DEFENDANT(S)**

COUNSEL FOR UNITED STATES: Dennis Fitzpatrick + Brandon VanGrack
COUNSEL FOR DEFENDANT: Neal Pickett + Haytham Faraj
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
(X) U.S. REQUESTS DETENTION ( ) GRANTED (X) DENIED
( ) GOVT NOT SEEKING DETENTION
(X) DEFT. (X) REMANDED ( ) DETAINED *pending stay*

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION

( ) DEFT. CONTINUED ON BOND/PROBATION

**CONDITIONS OF RELEASE:**
($  ) UNSECURED ($  ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

Translations marked as Gvt Exh #9 + Δ's Exh #2 - received + made part of the record.
Deft recalled witness. Rebuttal witness called by gvt. objection to witness testifying overruled. Argument heard.

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED
Δ placed on PR bond w/ conds.

**NEXT APPEARANCE:**

( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5 _____ AT _____ AM OR PM
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE _____

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS    Gvt's motion to stay bond Granted until 5pm tomorrow.