UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No. 1:11cr494 |
| | ) | |
| v. | ) | |
| | ) | |
| MOHAMAD ANAS HAITHAM SOUEID | ) | |
|   a/k/a "Alex Soueid" | ) | |
|   a/k/a "Anas Alswaid" | ) | |
| | ) | |
| Defendant | ) | The Honorable Claude M. Hilton |
| | ) | |

**NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE
SURVEILLANCE ACT INFORMATION**

The United States of America, by and through its undersigned counsel, hereby provides notice to the Court and defendant, MOHAMAD ANAS HAITHAM SOUEID, a/k/a "Alex Soueid," a/k/a "Anas Alswaid," pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose at pre-trial hearings, trial, and at other proceedings in this case, information obtained and derived from electronic surveillance and physical searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and §§ 1821-1829.

The United States will produce the discoverable FISA information to the defendants pursuant to a protective order that the United States will seek from the Court.

                        Respectfully submitted,

                        NEIL H. MACBRIDE
                        United States Attorney

By:       /s/                                    /s/
Dennis M. Fitzpatrick                      W. Neil Hammerstrom, Jr.
Assistant United States Attorney        Assistant United States Attorney
Office of the United States Attorney     Office of the United States Attorney
2100 Jamieson Avenue                      2100 Jamieson Avenue
Alexandria, Virginia 22314               Alexandria, Virginia 22314
Tel: (703) 299-3700                          Tel: (703) 299-3700
Fax: (703) 299 3981                        Fax: (703) 299 3981
Email: dennis.fitzpatrick@usdoj.gov     Email: Neil.Hammerstrom@usdoj.gov

        /s/
Brandon L. Van Grack
Trial Attorney
U.S. Department of Justice
National Security Division
600 E Street, NW
Washington, DC 20004
(Tel: 9202) 233-2252
Email: brandon.van.grack@usdoj.gov