IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Criminal Case 1:11 cr 494 |
| | ) | |
| MOHAMAD ANAS HAITHAM SOUEID, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the entry of the defendant's guilty plea to Count 2 of the pending indictment, and on the motion of the United States, it is hereby **ORDERED** that Counts 1 and 3 – 6 of the pending indictment are **DISMISSED** against this defendant.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Date: Mar 28, 2012
Alexandria, Virginia

WE ASK FOR THIS:

Neil H. MacBride
UNITED STATES ATTORNEY

_____
Dennis M. Fitzpatrick
Assistant United States Attorney