| | | |
|---|---|---|
| Judge: Hilton | **SENTENCING** | Date: 7/20/12 |
| Reporter: Westfall | | Time: 9:30 to 10:00 |
| Interpreter: _____ | | Language: _____ |

Cr. #  1:11CR00494-001          AUSA: Neil Hammerstrom, Dennis Fitzpatrick, and Brandon VanGrack

U.S. v.  Mohamad Anas Soueid          Defense: Michael Nachmanoff and Todd Richman

US' [50] Motion to Unseal Case – Granted. Counsel addressed the Court at the bench re: redactions and documents they wish to remain under seal. Counsel to submit a proposed Order

The Court indicated that no guidelines are provided for in this case. The Court finds that 2M5.1 does not apply and finds that it is not the same conduct at what is addressed in 18 U.S.C. § 951.

Considering the factors under § 3553 and considering the defendant's family, his age, his prior record and his conduct in this case, the Court finds the following sentence is appropriate.

**Sentence Imposed:**

<u>18</u>    Months imprisonment
       (Counts _____ to run _____ consecutively _____ concurrently)
<u>3</u>     Years supervised release
       (Counts _____ to run _____ consecutively _____ concurrently)

**Conditions of Supervised Release/Probation:**
_____   Substance abuse testing/treatment at direction of PO
_____   Cooperate w/any orders/directives of the Bureau of Immigration and Customs Enforcement
_____   Pay the restitution in monthly installments of $_____ to commence within 60 days after release from confinement.
_____   No new credit
_____   Allow PO access to financial info.
_____   Serve a term of _____ months home confinement: (   ) with electronic monitoring
_____   Mental health testing/treatment    (   ) with work release
✓       Mandatory drug testing is waived
Other: _____

**Monetary penalties:**
$100.00  Assessment $ 0    Fine
$_____   Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.

**Recommendations to BOP:**
_____   Court rec. that the dft be incarcerated in a facility where he/she can receive drug treatment.
_____   Court rec. that the dft be allowed to participate in the 500 hour drug treatment program
✓       Court rec. that the dft be incarcerated: at FCI Cumberland, Maryland.

Defendant: ✓ Remanded   _____ To voluntarily surrender once space is available.